UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KELVIN ALLEN, | Case No. CV 19-06771 TJH (RAO) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| PFEIFFER, Warden, | |
| Respondent. | |

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: September 9, 2019

                                        TERRY J. HATTER, JR.
                                        UNITED STATES DISTRICT JUDGE